ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

    - v -

TERRICK WASHINGTON,

              Defendant.
-----------------------------------------------------------x

ORDER OF CONTINUANCE

15 Mag. 4276

      Upon the application of the United States of America and the affirmation of Marcia S. Cohen, Assistant United States Attorney, it is found that TERRICK WASHINGTON, the defendant, was charged with a violation of 18 U.S.C. § 2422 in a complaint dated November 30, 2015, and was arrested on December 1, 2015;

      It is further found that the defendant was presented before Magistrate Judge Lisa Margaret Smith on December 1, 2015, and the defendant was detained.

      It is further found that Jason Ser, Esq., counsel for the defendant, has been engaging in preliminary discussions with the Government concerning possible disposition of this case without trial;

      It is further found that the Government has requested a continuance of 28 days to engage in further discussions with counsel about the disposition of this case without trial and that counsel for the defendant on behalf of the defendant has agreed that a continuance of 28 days may be granted for such purpose; and

      It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) is hereby granted until **January 27, 2016,** and that a copy of this order and the affirmation of Assistant United States Attorney Marcia S. Cohen be served by mail on counsel for the defendant by the United States Attorney.

Dated: White Plains, New York
       December 30, 2015

_____
UNITED STATES MAGISTRATE JUDGE