UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                        Plaintiff,        **2ND ORDER OF CONTINUANCE**

-against-

                                         15 Mag. 4276

TERRICK WASHINGTON,

                        Defendant.
-------------------------------------------------------------X

Adjourned to February 24, 2016 by Judith C. McCarthy, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated: January 27, 2016
       White Plains, New York

                                         **SO ORDERED:**

                                         _____
                                         JUDITH C. McCARTHY
                                         United States Magistrate Judge