UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA             :       3rd ORDER OF CONTINUANCE

            -v-                      :       15 MJ 4276

TERRICK WASHINGTON,                  :

            Defendant.               :

-------------------------------------------------------------------x


        Adjourned to March 23, 2016, Magistrate Judge Smith having found that the ends of

Justice served thereby outweigh the best interest of the public and defendant in a speedy trial in

that the failure to grant a continuance would be a miscarriage of justice.


Date:   February 24, 2016
        White Plains, NY

                                             SO ORDERED


                                             Hon. Lisa Margaret Smith
                                             United States Magistrate Judge