**UNITED STATES DISTRICT COURT**  
**SOUTHERN DISTRICT OF NEW YORK**     FILENAME - P:\CRD FORMS\ DUPLICATE OF CONTINUANCE \(Rev. 5/09)

---------------------------------------------------X

United States of America

                           Government(s)        4th ORDER OF CONTINUANCE

     -against-                                   Case Number: 15 M 4276

Terrick Washington,  
                           Defendant(s)  
---------------------------------------------------X

Adjourned to **April 20, 2016** by Paul E. Davison United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

DATED: March 23, 2016

                                                       Paul E. Davison  
                                                       United States Magistrate Judge