UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 5th ORDER OF CONTINUANCE |
| -v- | : | 15 MJ 4276 |
| TERRICK WASHINGTON, | : | |
| Defendant. | : | |

-------------------------------------------------------------------x

Adjourned to May 18, 2016, Magistrate Judge Smith having found that the ends of Justice served thereby outweigh the best interest of the public and defendant in a speedy trial in that the failure to grant a continuance would be a miscarriage of justice.

Date: April 20, 2016
White Plains, NY

SO ORDERED

_____
Hon. Lisa Margaret Smith
United States Magistrate Judge